CO-386
10/2018

# United States District Court
# For the District of Columbia

CHILDREN'S HEALTH DEFENSE,
852 Franklin Ave. Suite 511
Franklin Lakes, NJ 07417

                  Plaintiff

VS

NATIONAL INSTITUTES OF HEALTH
9000 Rockville Pike
Bethesda, MD 20892

                  Defendant

Civil Action No. 1:23-cv-01016

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Children's Health Defense__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Children's Health Defense__ which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

CA00173
BAR IDENTIFICATION NO.

Ray L. Flores
Print Name

11622 El Camino Real Suite 100
Address

San Diego, CA 92130
City    State    Zip Code

(858) 367-0397
Phone Number