UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, **)** | |
| **)** | |
| *Plaintiff,* **)** | |
| **)** | |
| v. **)** | Civil Action No. 23-1016 (TJK) |
| **)** | |
| NATIONAL INSTITUTES OF HEALTH, **)** | |
| **)** | |
| *Defendant.* **)** | |
| **)** | |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated May 7, 2024, Plaintiff, Children's Health Defense ("CHD") and Defendant, the National Institutes of Health ("NIH") (collectively, the "Parties"), through their undersigned counsel, respectfully submit this Joint Status Report.

## BACKGROUND

1.    This lawsuit involves a Freedom of Information Act ("FOIA") request CHD submitted to NIH on November 10, 2022, seeking records relating to communications between NIH researchers and members of the public who experienced health problems after COVID-19 injections—referred to in the FOIA request as "affected individuals" ("Request"). *See* ECF No. 2 ("Compl.").

2.    The Request sought the following records for the time period from November 1, 2020 to the date of the request:

Part 1: For each of ten, named NIH researchers, all emails sent to and received from an affected individual;

Part 2: All NIH call logs documenting communications with affected individuals; and

Part 3: All internal communications between NIH researchers regarding an affected individual, whether the communication is via email, Teams, or other internal communication system.

Compl., Ex. 1, at 4.

3.    After receiving the Request, NIH indicated by letter that the request was "overly broad" and would be administratively closed unless CHD clarified the request. *Id*. ¶ 19.

4.    On December 15, 2022, CHD clarified the request as follows:

[A]t this point we would like to narrow our request by limiting the emails sought in our request to those that contain any of the search terms listed below. The exclamation point (!) following some of the terms indicates that what I've provided is a root, and we seek all variants of the root.

Please let me know whether this information is sufficient to process our request. If it is not, kindly let me know what other information would assist in processing the request. Additionally, would you please provide a telephone number where I can reach out to you if further discussion is necessary.

Here are the search terms:

- vaccin!
- adverse
- neurol!
- autoimmun!
- clot!
- suici!
- vertigo
- heart
- paresthesia
- lymph!

*Id*. ¶ 21; Compl., Ex. 3, at 14.

5.    On December 16, 2022, CHD sent a follow-up email to confirm that CHD's clarifications were sufficient, and that NIH had enough information to process the Request. *Id*. ¶ 22. On the same date, NIH responded, "Yes. Confirmed. We are processing this request and will let you know if any further clarifications are required." Compl. ¶ 22.

6.    After additional communications between NIH and CHD (*see* ECF No. 10, Pl's

Opp. to Mot. to Dismiss, at 7-8), CHD filed the instant lawsuit on April 12, 2023.  *See* Compl. NIH sought a sixty-day extension for responding to the complaint (*see* ECF No. 8, Def's Consent Mot.), and on June 16, 2023, filed a Motion to Dismiss (*see* ECF No. 9, Def's Mot. to Dismiss). After CHD opposed the Motion to Dismiss (*see* ECF No. 10), NIH sought to withdraw the motion (*see* ECF No. 11, Def's Mot. to Withdraw), and on August 4, 2023, NIH answered the complaint (*see* ECF No. 12, Answer).

## STATUS OF PROCESSING

7.      NIH has conducted searches for Parts 1, 2, and 3 of the Request.  NIH did not locate any records responsive to Part 2 of the Request and as a very initial estimate, approximates that there are potentially 7,500 pages of potentially responsive records to Parts 1 and 3 of the Request.

8.      On July 28, 2023, NIH indicated in a letter to CHD that the responsive records could not be released because they contain sensitive personal information that if released, would constitute an unwarranted invasion of personal privacy.  However, NIH subsequently agreed to review the records for segregability and responsiveness.  NIH is carefully reviewing emails containing personal medical information and is segregating the records, withholding only that information consisting of medical test results, diagnoses and treatments, which could constitute a part of a patient's medical record.

9.      NIH reports that it made its tenth and eleventh interim monthly productions on September 23, 2024 and October 21, 2024 and processed 301 and 172 pages per month for those interim monthly productions, respectively.  NIH has completed its production of responsive records.

10.      The production contained a number of redactions, which CHD reserves the right to challenge at a future date, along with reserving the right to challenge the sufficiency of the search

for records.

  The Court's May 7, 2024, Minute Order required the Parties to file a joint status report every sixty days. However, since Defendant now represents production has been completed, the Parties request that the further joint status report which would otherwise be due on or before January 4, 2025, be set for February 7, 2025, to allow the Parties time to attempt to resolve outstanding issues before informing the Court about the status of the case.

*  *  *

Dated: November 5, 2024

Respectfully submitted,

/s/ Ray L. Flores II, Esq.
11622 El Camino Real
Suite 100
San Diego, CA 92130
California State Bar Number: 233643
D.C. District Court I.D. No.: CA00173
Phone: (858) 367-0397
Email: rayfloreslaw@gmail.com

/s/ Risa Evans, Esq.
New Hampshire Bar #9990
D.C. District Court I.D. No. NH0003
Children's Health Defense
852 Franklin Ave, Suite 511
Franklin Lakes, NJ 07417
Tel: (603)731-1733
Email: risa.evans@childrenshealthdefense.org

*Attorneys for Children's Health Defense*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ Dedra S. Curteman
DEDRA S. CURTEMAN, D.C. Bar # 90021492
Assistant United States Attorney
601 D Street N.W.
Washington, DC 20530
(202) 252-2550
dedra.curteman@usdoj.gov

*Counsel for the United States of America*